1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
                              ----oo0oo----
11
12  GARY W. HALL,
                                         NO. CIV. S 05-2264 MCE PAN
13            Plaintiff,
14       v.                              ORDER
15  NELSON AIRCRAFT SALES, INC., a
    North Dakota corporation,
16  JASON NELSON, an individual,
    PIETSCH AIRCRAFT RESTORATION
17  AND REPAIR, INC., a North
    Dakota corporation and HOLLIE
18  "RED" EWING, an individual and
    DOES 1 through 100,,
19
              Defendant.
20
                              ----oo0oo----
21
22
            The Complaint in this matter is brought on behalf of
23
    Plaintiff Gary W. Hall, a resident of Modesto, Stanislaus County,
24
    California.  (Compl., ¶ 1).  As a First Cause of Action,
25
    Plaintiff asserts breach of contract on the basis of an agreement
26
    entered into at Modesto, Stanislaus County, California.  (Id. at
27
    ¶ 11).  The jurisdiction of this court is premised on diversity
28

                                    1

of citizenship pursuant to 28 U.S.C. § 1332.  Plaintiff asserts that venue is proper because he resides within the Eastern District of California and because a "substantial part of the events and/or omissions on which the claim is based occurred in this District."  <u>Id</u>. at ¶ 9.  As indicated above, however, Plaintiff is alleged to reside at Modesto, California and there is no indication that the circumstances underlying this lawsuit occurred outside of Stanislaus County.[1]

   Stanislaus County is part of the Fresno Division of the United States Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

   Pursuant to Local Rule 3-120(f), any civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore this action will be transferred to the Fresno Division of the court.

   IT IS SO ORDERED.

DATED: November 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] At paragraph 28, Plaintiff alleges that the aircraft at issue in this case was delivered to Plaintiff at Oakdale, California, another city located within Stanislaus County.

2