IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. HALL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NELSON AIRCRAFT SALES, INC., et al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. **CV-F-05-1529 LJO**<br>New case number<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

　　　　The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than June 9, 2006 to sign and date the consent form and then file the form with the Court.

　　　　**The new case number shall be CV F 05-1529 LJO.  All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:　　May 25, 2006**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1