UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. HALL,<br><br>        Plaintiff,<br>    vs.<br>JASON NELSON, et. al,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-1529 LJO<br><br>**ORDER AFTER SETTLEMENT** |

The parties have informed the Court that the above-captioned case has settled. Pursuant to this Court's Local Rule 16-160 and at the request of the parties, this Court ORDERS the parties, no later than November 30, 2006, to file papers to dismiss this action in its entirety.

**All court dates** and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:    November 7, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE