TERRI L. CIPPONERI (SBN 144369)
SAPPHIRA W. PIXLER (SBN 224999)
CURTIS & ARATA
A Professional Corporation
332 West F Street
P. O. Box 11690
Oakdale, California 95361
Telephone: (209) 847-3200
Facsimile: (209) 847-7083

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. HALL, | CASE NO: CV-F-05-1529-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ACTION** |
| NELSON AIRCRAFT SALES, INC., a North Dakota corporation, JASON NELSON, an individual, PIETSCH AIRCRAFT RESTORATION AND REPAIR, INC., a North Dakota corporation and HOLLIE "RED" EWING, an individual and DOES 1 through 100, | |
| Defendants. | |
| _____/ | |

The parties to this action stipulate through counsel that the entire action of all parties and all causes of action be dismissed with prejudice, each party to bear their own attorneys fees and costs.

Dated: January ___, 2007        CURTIS & ARATA
                                A Professional Law Corporation


                                By:_____
                                   TERRI L. CIPPONERI
                                   Attorneys for Plaintiff,
                                   GARY W. HALL

1

| | | |
|---|---|---|
| 1 | Dated: January ___, 2007 | FISHMAN, LARSEN, GOLDRING & ZEITLER |
| 2 | | |
| 3 | | |
| 4 | | By:_____<br>DOUGLAS M. LARSENI<br>Attorneys for Defendant, PIETSCH |
| 5 | | AIRCRAFT RESTORATION AND REPAIR, INC. |
| 6 | | |
| 7 | Dated: January ___, 2007 | DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA |
| 8 | | |
| 9 | | |
| 10 | | By:_____<br>JAMES A. OLIVEIRA<br>Attorneys for Defendants JASON |
| 11 | | NELSON, NELSON AIRCRAFT SALES, INC. |

15  IT IS SO ORDERED.

16  **Dated:   January 16, 2007**            _____/s/ Lawrence J. O'Neill_____
     b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER TO DISMISS ACTION